IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA SAPP and JASON SWANSON, | § § § | |
| Plaintiffs, | § § § | |
| vs. | § § § | |
| SNUFFER'S RESTAURANTS INCORPORATED d/b/a/ SNUFFER'S RESTAURANT AND BAR, THOMAS J. ROPPOLO, TRUSTEE, RONA ACQUISITIONS, CHRISTOPHER S. CARROLL NUMBER 1, LTD, CSC INVESTMENTS, LLC, PRESTON CENTER WEST, JC, PTC DUNHILL HOLDINGS, LTD., EAGLE SEIKI SALES, LTD 1, ELIZABETH JANE BURKS and GENE A. BURKS, as general partners, | § § § § § § § § § § § § § | Civil Action No. 3:07-CV-273-M |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on *Plaintiffs' Motion for Attorneys' Fees*, filed August 3, 2010. Objections, responses, and replies, including appendices and affidavits of Plaintiffs' counsel were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, except to the extent the Court reduces the Plaintiffs' fees in the amount of $370, reflecting two unclear time entries, which are among those noted with a question mark on Defendant's filings marking up the time records of Plaintiffs' attorneys.

*Plaintiffs' Motion for Attorneys' Fees*, filed August 3, 2010, is **GRANTED**, in part. Accordingly, Plaintiffs are awarded $225,677.44 in reasonable attorneys fees and taxable costs of Court to be recovered jointly and severally from Defendants.

SIGNED this 21st day of March, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS